```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X
MIGUEL GONZALEZ,

                       Petitioner,                            **ORDER**

      –against–                                         **21–CV–2914**

NEW YORK STATE DEPT. OF CORRECTIONS
COMMUNITY SUPERVISION,

                      Respondent.
———————————————————————————X

      By **Friday, October 21, 2022**, Respondent shall file a letter updating the Court on the status of Petitioner's state court CPL § 440.10 motion.

SO ORDERED

Date: October 18, 2022
       New York, NY

                                                                      *Katharine H. Parker*
                                                                 KATHARINE H. PARKER
                                                               United States Magistrate Judge