



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

CRIMINAL APPEALS AND
FEDERAL HABEAS CORPUS BUREAU

October 28, 2022

VIA ECF

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.  10/28/2022

The Clerk of the Court is respectfully requested to mail a copy of this Order to the Petitioner.

*Re: Gonzalez v. DOCCS, 21-cv-2914*

Your Honor:

    I am a Senior Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. I seek a one-week extension of time to respond to this Court's order dated October 25, 2022. (dkt. 34.)

    Upon receipt of this Court's order, my office contacted the state-court prosecutor, the Office of the New York County District Attorney. The state-court prosecutor has assured my office that by early next week it will be able to respond to this Court's question about whether petitioner has been served with notice of entry of the denial of petitioner's state-court motion to vacate his judgment of conviction.

    <u>Accordingly, I respectfully request a one-week extension of time to respond to this Court's October 25, 2022 order</u>.

Respectfully submitted,

/s/ Michelle Maerov

Michelle Maerov
Senior Assistant Attorney General
Michelle.Maerov@ag.ny.gov
(212) 416-6242

28 LIBERTY STREET, NEW YORK, NY 10005-1400 • PHONE (212) 416-8086 • FAX (212) 416-8010 *NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

## DECLARATION OF SERVICE

MICHELLE MAEROV, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on October 28, 2022, she served the annexed extension request for a response to dkt. 34 to the Honorable Katherine Parker on petitioner-appellant via U.S. Mail at:

Miguel Gonzalez
17-A-0865
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

   /s/  Michelle Maerov
MICHELLE MAEROV
Senior Assistant Attorney General
28 Liberty St., 14th Fl.
New York, New York 10005
Michelle.Maerov@ag.ny.gov
(212) 416-6242

Executed on October 28, 2022