**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------x

MIGUEL GONZALEZ,

Petitioner,

-against-

NEW YORK STATE DEPT. OF CORRECTIONS COMMUNITY SUPERVISION,

Respondent.

-------------------------------------x

MEMORANDUM DECISION AND ORDER

21 Civ. 2914 (GBD) (KHP)

**GEORGE B. DANIELS, United States District Judge:**

On August 4, 2026, this Court denied Petitioner's habeas petition. (*See* ECF No. 27, Memorandum Decision and Order (the "Order").) The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to close the case accordingly and mail a copy of this decision to Petitioner.

Dated: August 18, 2026
New York, New York

**SO ORDERED.**

George B. Daniels

GEORGE B. DANIELS
United States District Judge